**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Associated Builders & Contractors of Western Pennsylvania; Arrow Electric Inc.; Hampton Mechanical Inc.; Lawrence Plumbing LLC; R.A. Glancy & Sons Inc.; Westmoreland Electric Services LLC; Gregory H. Oliver Jr.; Daniel Vincent Glancy; Robert L. Casteel; Jason Phillip Boyd; Robert A. Glancy IV, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-649-WSH |
| Community College of Allegheny County; Quintin B. Bullock, in his official capacity as President of the Community College of Allegheny County; Pittsburgh Regional Building Trades Council, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Associated Builders & Contractors of Western Pennsylvania; Hampton Mechanical Inc., Lawrence Plumbing LLC, and R.A. Glancy & Sons Inc., as individuals and on behalf of others similarly situated; Robert L. Casteel; Anthony Scarpine, as individuals and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-1933-WSH |
| Plum Borough; Pittsburgh Regional Building Trades Council, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER OF COURT**

AND NOW, the Court having dismissed Plaintiffs' first, second, and third Claims for Relief with prejudice, and their fourth Claims for Relief without prejudice to their ability to bring those claims in state court,

IT IS HEREBY ORDERED that final judgment of this Court is entered in these cases pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: April 29, 2022

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record